No. 234. KELLY, TRADING AS KELLY DAIRIES, v. UNITED STATES, *ante*, p. 850. Rehearing denied.

No. 264. STOPPELLI v. UNITED STATES, *ante*, p. 864. The motion for leave to file petition for rehearing is denied.

No. 311. GOGGIN, RECEIVER, v. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION, *ante*, p. 877;

No. 337. PUETT ELECTRICAL STARTING GATE CORP. v. HARFORD AGRICULTURAL & BREEDERS' ASSOCIATION ET AL., *ante*, p. 878;

No. 47, Misc. BRENNAN v. NEW YORK, *ante*, p. 838; and

No. 188, Misc. GOLDSTEIN v. JOHNSON, SECRETARY OF DEFENSE, *ante*, p. 879. Petitions for rehearing in these cases denied.

DECEMBER 11, 1950.

No. 170. UNITED STATES v. PENNER INSTALLATION CORP.
Argued November 30, 1950. Decided December 11, 1950. *Per Curiam:* The judgment is affirmed by an equally divided Court. THE CHIEF JUSTICE took no part in the consideration or decision of this case. *Paul A. Sweeney* argued the cause for the United States. With him on the brief were *Solicitor General Perlman* and *Acting Assistant Attorney General Clapp. Albert Foreman* argued the cause for respondent. With him on the brief was *M. Carl Levine.*

No. 195. HOWARD v. UNITED STATES.

*Per Curiam:* The petition for